UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHERINE MIN,

        Plaintiff,

       v.

ROBERT F. KENNEDY, Jr.,
in his official capacity as the Secretary of
Health and Human Services,

        Defendant.

Civil Action No. 26-0701 (CKK)

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, Robert F. Kennedy, Jr., in his

official capacity as the Secretary of Health and Human Services, by and through undersigned

counsel, respectfully files his third motion for extension of time to answer or otherwise respond to

Plaintiff's Complaint.  Defendant seeks a one-week extension—from July 20 to July 27, 2026.

The Parties conferred under Local Civil Rule 7(m).  Plaintiff courteously has agreed not to oppose

the relief sought herein.  The grounds for this motion are as follows.[1]

Plaintiff filed her Complaint February 27, 2026.  ECF No. 1.  Plaintiff—a former member

of the United States Public Health Service Commissioned Corps—seeks review of a decision of

the Public Health Service Board for Correction regarding her employment, bringing claims under

---

[1]    The undersigned counsel understands that the Court's Standing Order requires that a motion for extension of time be filed at least four business days prior to the deadline.  ECF No. 3, ¶ 7(A).  Although the undersigned intended to have a responsive filing ready for the deadline of July 20, 2026, the undersigned realized Thursday that this would not be possible.  The undersigned promptly conferred with Plaintiff's counsel on this motion.  The undersigned apologizes that this filing is tardy.  The undersigned understands that there are good reasons for this rule, regrets any inconvenience caused by this filing, and will endeavor in the future to ensure timely compliance.

the Administrative Procedure Act.  *See generally* Compl.

Defendant respectfully submits that there is good cause for the requested extension.  First, since the Court granted Defendant's second extension, the undersigned was assigned a newly filed case with yet another motion for preliminary injunction which he needed to begin handling immediately, among other newly arisen matters.  Second, due to matters and competing deadlines in many older, pending cases, undersigned counsel continues to require additional time to review the Complaint, investigate Plaintiff's claims, confer with the agency, examine the administrative record, and review plaintiff's employment records—which, in this case, are alleged to extend for ten years from May 2009.  Compl. ¶¶ 20-21.  Third, Defendant needs sufficient time to ensure internal review of a responsive Court filing consistent with Department of Justice procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay.  This is Defendant's third request for an extension.  There are no other existing deadlines in this case.  Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by her agreement not to oppose the relief sought herein) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

\* \* \*

For these reasons, Defendant respectfully requests that the Court extend the time for Defendant to answer or otherwise respond to the Complaint by one week as set forth in the attached proposed order.

Dated:  July 17, 2026
       Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Mason D. Bracken* _____
    MASON D. BRACKEN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2523
    mason.bracken@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE MIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT F. KENNEDY, Jr.,<br>in his official capacity as the Secretary of<br>Health and Human Services,<br><br>　　　　Defendant. | Civil Action No. 26-0701 (CKK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendant's Third Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendant's answer or response to the Complaint is extended until July 27, 2026.

IT IS SO ORDERED.

SIGNED:

_____
Date

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge